GORMLEY, superintendent of banks, for use, etc., *v.* PUBLIC INDEMNITY COMPANY *et al.*

HUTCHESON, Justice. After a full consideration of this case, the court is of the opinion that the writ of certiorari was improvidently granted. *Writ of certiorari dismissed. All the Justices concur.*

No. 10026. JANUARY 19, 1935.

*C. N. Davie, J. F. Kemp,* and *A. O. Randall,* for plaintiff. *Jones, Evins, Powers & Jones,* for defendants.